# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   PEGGY KUO                              DATE: **09/06/2018**

DOCKET NUMBER:   18-CR-468(BMC)                      LOG #: 11:35 – 11:38

DEFENDANT'S NAME:   **ALI SALEH**
___ Present   ___ Not Present   _X_ Custody   ___ Bail

DEFENSE COUNSEL:   **STEVE ZISSOU**
___ Federal Defender   ✓ CJA   ___ Retained

A.U.S.A:   PHILIP SELDEN                              CLERK: **M. SICA**

INTERPRETER: _____ (Language)

_X_ Defendant arraigned on the: _X_ indictment ___ superseding indictment ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

- ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
- ___ Defendant advised of bond conditions set by the Court and signed the bond.
- ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
- ___ (Additional) surety/ies to co-sign bond by _____
- ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start 9/6/18   Stop 10/2/18

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for 10/2/18 @ 2pm before Judge Cogan

Other Rulings: _____