

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PAS
F. #2018R01492

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 14, 2018

By E-Mail and ECF

Steven Zissou, Esq.
Zissou & Associates
42-40 Bell Boulevard, Suite 302
Bayside, New York 11361

>Re: United States v. Ali Saleh
>Criminal Docket No. 18-CR-00468 (WFK)

Dear Mr. Zissou:

Enclosed please find an email with the government's third discovery production in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The government also reiterates its request for reciprocal discovery from the defendant.

I. The Government's Discovery

   A. Documents and Tangible Objects

   Please find enclosed:

   - Redacted Medical Records from August 27, 2018, Bates-numbered SALEH000043-44.

II.	Future Discussions

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Please be advised that, pursuant to the policy of the Office concerning plea offers and negotiations, no plea offer is effective unless and until made in writing and signed by authorized representatives of the Office. In particular, any discussion regarding the pretrial disposition of a matter that is not reduced to writing and signed by authorized representatives of the Office cannot and does not constitute a "formal offer" or a "plea offer," as those terms are used in Lafler v. Cooper, 132 S. Ct. 1376 (2012), and Missouri v. Frye, 132 S. Ct. 1399 (2012).

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:	/s/
Philip A. Selden
Assistant U.S. Attorney
(718) 254-6257

Enclosures

cc:	Clerk of the Court (WFK) (by ECF) (without enclosures)