

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PAS
F. #2018R01492

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 2, 2018

By Hand Delivery, FedEx and ECF

Steven Zissou, Esq.
Zissou & Associates
42-40 Bell Boulevard, Suite 302
Bayside, New York 11361

Anthony L. Ricco, Esq.
20 Vesey St Rm 400
New York, New York
10007-4240

        Re:    United States v. Ali Saleh
                  Criminal Docket No. 18-CR-00468 (WFK)

Dear Mr. Zissou and Mr. Ricco:

      Enclosed please find a letter with the government's fourth discovery production in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The government also reiterates its prior requests for reciprocal discovery from the defendant.

I.    The Government's Discovery

    A.    Documents and Tangible Objects

      Please find enclosed the following prior incident reports for Defendant Saleh:

| Incident Report Date | Incident Description | Bureau of Prisons Location(s) |
|---|---|---|
| 7/27/14 | Disobeying a Direct Order | MCC |
| 2/26/16 | Refusing to Obey a Staff Order | MDC |

| | | |
|---|---|---|
| 3/2/16 | Refusing to Obey a Staff Order | MDC |
| 3/2/16 | Refusing to Obey a Staff Order | MDC |
| 4/8/16 | Threatening Harm / Refusing to Obey Staff | MDC |
| 6/9/16 | Refusing a Direct Order / Refusing to Stand Count | MDC |
| 6/10/16 | Refusing to Obey Staff Orders | MDC |
| 6/13/16 | Refusing to Obey Staff Orders | MDC |
| 6/13/16 | Refusing to Obey Staff Orders | MDC |
| 6/13/16 | Refusing to Obey Staff Orders | MDC |
| 6/18/16 | Refusing to Staff Order / Interfering with Staff Duties | MDC |
| 6/23/16 | Barricading Cell Door Window / Ignoring Staff Orders | MDC |
| 6/23/16 | Barricading Cell Door Window / Ignoring Staff Orders | MDC |
| 6/24/16 | Interfering with a Security Device / Refusing Staff Order | MDC |
| 6/24/16 | Assault on Staff | MDC |
| 6/24/16 | Assault on Staff | MDC |
| 7/6/16 | Refusing a Direct Order | MDC |
| 7/21/16 | Tampering with Security Device / Disobeying Direct Order | MDC |
| 8/1/16 | Tampering with Security Device / Destroying Government Property | MDC |
| 8/3/16 | Refusing Staff Order | MDC |
| 8/11/16 | Assault on Staff | MDC |
| 8/23/16 | Tampering with Security Device / Destroying Government Property | MDC |

| | | |
|---|---|---|
| 8/23/16 | Destroying Government Property / Disobeying a Direct Order | MDC |
| 9/18/16 | Assault on Staff | MDC |
| 10/11/16 | Cell Damage | MDC |
| 10/30/16 | Manufacturing a Weapon / Threatening Staff / Disobeying an Order | MDC |
| 12/26/16 | Refusing an Order / Interfering with Count / Interfering with a Security Device | MDC |
| 1/31/17 | Fighting with Another Person | MDC |
| 4/2/17 | Assault on Staff | MDC |
| 4/17/17 | Refusing a Direct Order | MDC |
| 4/27/17 | Assault on B.O.P. Staff | MDC |
| 5/15/17 | Interfering with Staff Duties / Refusing Order / Assault | MDC |
| 5/16/17 | Assault on B.O.P. Staff | MDC |
| 6/6/17 | Assault on Staff | MDC |
| 6/7/17 | Assault on Staff w/o Serious Injury | MDC |
| 7/1/17 | Possession of a Weapon / Destroying Government Property | MDC |
| 7/9/17 | Assault on Staff w/o Serious Injury | MDC |
| 9/16/17 | Assault on Staff | MDC |
| 9/18/17 | Destroying Government Property | MDC |
| 9/27/17 | Setting a Fire | MDC |
| 10/3/17 | Assault on Staff | MDC |
| 10/23/17 | Cell Damage | EDNY / USMS |
| 11/2/17 | Attempting to Assault Staff | MDC |

3

| | | |
|---|---|---|
| 11/16/17 | Possession of a Weapon / Destroying Government Property / Tampering w/ Security Devices | MDC |
| 1/3/18 | Assault on Staff | MDC |
| 3/3/18 | Assault on Staff | MCC |
| 3/27/18 | Attempting to Assault Staff | MDC |

  B. <u>Additional Defendant Statements</u>

  On July 13, 2018 following the assault alleged in the indictment Defendant Saleh had a conversation with an MDC-Brooklyn Special Housing Unit Officer who inquired why Defendant had committed the alleged assault.  In response, Defendant Saleh stated in sum and substance: it was a Muslim holy day.  Defendant Saleh also stated in sum and substance that the complaining witness: was acting up

II. <u>Future Discussions</u>

  If you have any questions or requests regarding the attached discovery, please do not hesitate to contact me.

          Very truly yours,

          RICHARD P. DONOGHUE
          United States Attorney

      By: /s/
         Philip A. Selden
         Assistant U.S. Attorney
         (718) 254-6257

Enclosures

cc: Clerk of the Court (WFK) (by ECF) (without enclosures)

4