

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PAS
F. #2018R01492

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 6, 2018

By E-Mail Delivery and ECF

Steven Zissou, Esq.
Zissou & Associates
42-40 Bell Boulevard, Suite 302
Bayside, New York 11361
stevezissou@stevezissouesq.com

Anthony L. Ricco, Esq.
20 Vesey St Rm 400
New York, New York
10007-4240
tonyricco@aol.com

    Re: United States v. Ali Saleh
       Criminal Docket No. 18-CR-00468 (WFK)

Dear Mr. Zissou and Mr. Ricco:

  Enclosed please find the government's fifth discovery production in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  The government also reiterates its prior requests for reciprocal discovery from the defendant.

I.  The Government's Discovery

  A.  Documents and Tangible Objects

- Redacted medical records, bates stamped SALEH000518-SALEH000519.

II.      <u>Future Discussions</u>

If you have any questions or requests regarding the attached discovery, please do not hesitate to contact me.

                    Very truly yours,

                    RICHARD P. DONOGHUE
                    United States Attorney

By:   <u>/s/</u>
       Philip A. Selden
       Assistant U.S. Attorney
       (718) 254-6257

Enclosures

cc:     Clerk of the Court (WFK) (by ECF) (without enclosures)