

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PAS
F. #2018R01492

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 14, 2019

<u>By E-Mail Delivery and ECF</u>

Steven Zissou, Esq.
42-40 Bell Boulevard, Suite 302
Bayside, New York 11361
stevezissou@stevezissouesq.com

Anthony L. Ricco, Esq.
20 Vesey St Rm 400
New York, New York 10007-4240
tonyricco@aol.com

Michael K. Bachrach, Esq.
276 Fifth Avenue, Suite 501
New York, New York 10001
michael@mbachlaw.com

Re: United States v. Ali Saleh
<u>Criminal Docket No. 18-CR-00468 (WFK)</u>

Dear Mr. Zissou, Mr. Ricco, and Mr. Bachrach:

Enclosed please find the government's sixth discovery production in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The government also reiterates its prior requests for reciprocal discovery from the defendant.

I. <u>The Government's Discovery</u>

A. <u>Documents and Tangible Objects</u>

Additional medical records are enclosed, bearing the Bates numbers SALEH000520 - SALEH000535.

II. <u>Future Discussions</u>

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me in writing.

      Please be advised that, pursuant to the policy of the Office concerning plea offers and negotiations, no plea offer is effective unless and until made in writing and signed by authorized representatives of the Office. In particular, any discussion regarding the pretrial disposition of a matter that is not reduced to writing and signed by authorized representatives of the Office cannot and does not constitute a "formal offer" or a "plea offer," as those terms are used in Lafler v. Cooper, 132 S. Ct. 1376 (2012), and Missouri v. Frye, 132 S. Ct. 1399 (2012).

                Very truly yours,

                RICHARD P. DONOGHUE
                United States Attorney

By:   /s/
        Philip A. Selden
        Assistant U.S. Attorney
        (718) 254-6257

Enclosures

cc:    Clerk of the Court (WFK) (by ECF) (without enclosures)