UNITED STATES

v.

ALI SALEH

No. 18-CR-468 (WFK)

Having been advised of his right to be present for sentencing, the defendant Ali Saleh knowingly and voluntarily waives his right to be present at sentencing in the above-captioned case.

_____
Ali Saleh, Defendant

_____
Counsel for the Defendant

_____
Douglas M Pravda
Counsel for the Government

SO ORDERED:

_____
THE HON. WILLIAM F. KUNTZ II

Dated: November 17, 2021

COURT'S
EXHIBIT NO. 1
IDENTIFICATION/EVIDENCE
DKT.# 18CR 468
DATE: 11/17/21